(121 So. 504)

**Thirst SHIPMAN v. STATE. (4 Div. 436.)**

Supreme Court of Alabama. April 4, 1929.

A. G. Seay, of Troy, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Thirst Shipman for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Shipman v. State, 121 So. 503.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(121 So. 530)

**RONIOTOS v. PEERLESS LAUNDRY CORPORATION. (6 Div. 304.)**

Supreme Court of Alabama. April 4, 1929.

Thomas Dozier and Drennen & Burns, all of Birmingham, for appellant.

William S. Pritchard and John D. Higgins, both of Birmingham, for appellee.

BROWN, J. The appeal in this case is from the judgment of the circuit court granting the defendant's motion for a rehearing under what is generally known as the four months' statute. Code of 1923, § 9521.

It is the settled rule of our decisions that this judgment will not support an appeal. The insufficiency of the judgment to support an appeal is jurisdictional, and the court will ex mero motu dismiss the appeal. Ingram, Probate Judge, v. Alabama Power Co., 201 Ala. 13, 75 So. 304; Ex parte North, 49 Ala. 385.

Appeal dismissed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.